Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Robert James Michener

Docket No. 0864 0:16CR00218-001(DWF)

Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert James Michener** who was sentenced for Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana, a Schedule I Controlled Substance on October 3, 2008, by the Honorable Barbara B. Crabb, who fixed the period of supervision at 48 months supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance Abuse Testing
- Submit to searches
- Financial disclosure

Jurisdiction was transferred from the Western District of Wisconsin to the District of Minnesota on August 4, 2016.

- Location monitoring with curfew (Modified March 23, 2017)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION:  Abstain from the use of illegal drugs and from association with drug users and sellers and participate in substance abuse treatment.  Defendant shall submit to drug testing beginning with 15 days of his release and 60 drug tests annually thereafter.  The probation office may utilize the Administrative Office of the U.S. Court' phased collection process.

On August 14, 2017, Mr. Michener submitted a drug test that was found to be positive for cocaine.  He subsequently admitted to recent use.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.  Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

The defendant shall participate in a location monitoring program for a period of 90 days. The defendant shall be monitored using radio frequency. The defendant shall be monitored under the following restrictions:

The defendant shall remain at their residence every day during set hours as directed by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this __22nd__ day of __August, 2017__, and ordered filed and made a part of the records in the above case.

s/Donovan W. Frank
Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Brian James
Brian S. James
U.S. Probation Officer
Telephone: 612-664-5364

Executed on     August 21, 2017

Place           Minneapolis

Approved:

s/ *John G. Baskfield*
John G. Baskfield
Supervising U.S. Probation Officer